UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SUSAN TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QCHC MANAGEMENT SERVICES )<br>COMPANY, INC., *et al.*, )<br>)<br>Defendants. ) | No. 1:23-cv-0249-KAC-SKL |

## ORDER

Before the Court is the parties' joint motion to amend the Scheduling Order and extend certain deadlines [Doc. 24]. The current Scheduling Order was previously amended when the Court granted Plaintiff's unopposed motion extending the deadlines for the parties' expert disclosures [Doc. 23]. For cause, the parties state extensions of certain deadlines will limit additional expenses prior to the mediation set December 10, 2024, discovery is "voluminous," and additional time is required for preparation of an expert's report [Doc. 24 at Page ID # 108]. The parties do not seek an extension of the dispositive motions deadline and do not seek to continue the trial date of this matter.

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). For good cause shown and by agreement, the parties' joint motion [Doc. 24] is **GRANTED** and the following paragraphs of the amended Scheduling Order [Doc. 16 and Doc. 23] are hereby **AMENDED**[1] as follows:

---

[1] All other deadlines and requirements of the amended Scheduling Order remain in place. Although the parties did not address a deadline for disclosure of rebuttal experts in their motion, a deadline for same is contained in the original Scheduling Order, so a revised deadline for disclosure of rebuttal experts is included in this amendment.

4. **Disclosure and Discovery; Including Experts:**

. . . .

    (e)    **Expert Testimony:** Disclosure of any expert testimony in accordance with Fed. R. Civ. P. 26(a)(2)(B) and (C) shall be made by Plaintiff on or before **1/30/2025**, and by Defendants on or before **2/28/2025**. Parties shall disclose rebuttal expert testimony no later than **3/07/2025**. Parties shall supplement these disclosures when required under Fed. R. Civ. P. 26(e).

    (f)    **All Discovery:** All non-expert discovery and depositions shall be completed by **3/01/2025**. All expert-related discovery and depositions shall be completed by **3/31/2025**. All written discovery requests should be served sufficiently in advance of the discovery deadline so that responses will be due prior to the deadline.

5. **Other Scheduling Matters and Motion Practice:**

. . . .

    (c)    **Expert Witness and *Daubert* Motions:** Objections to a proposed expert witness's qualifications or that witness's competency to offer an expert opinion, or any objection to a proposed expert's testimony under Federal Rules of Evidence 701 through 706 and *Daubert*, shall be filed by **4/15/2025**. Responses shall be filed on or before **5/09/2025**. Pursuant to E.D. Tenn. L.R. 7.1(c), unless otherwise stated by the Court, reply briefs are not necessary and are not required by the Court.

SO ORDERED.

ENTER:

                                                  s/ *Susan K. Lee*
                                                  SUSAN K. LEE
                                                  UNITED STATES MAGISTRATE JUDGE